UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1:18

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1111 |
| | ) Premeditated Murder |
| SHAY ALBERT WILSON | ) |
| | ) 18 U.S.C. §§ 3591, 3592 |
| | ) Notice of Special Finding |

THE GRAND JURY CHARGES THAT:

CR425-083

### COUNT ONE
*Premeditated Murder*
18 U.S.C. § 1111

On or about December 12, 2022, on Fort Stewart-Hunter Army Installation, a place within the special maritime and territorial jurisdiction of the United States, within the Southern District of Georgia the Defendant,

**SHAY ALBERT WILSON,**

willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Nathan Michael Hillman, by shooting Nathan Michael Hillman with a firearm.

All in violation of Title 18, United States Code, Sections 7 and 1111.

## NOTICE OF SPECIAL FINDINGS

The allegations contained in Count One are hereby re-alleged and incorporated by reference as if fully set forth herein. As to Count One of the Indictment, Defendant **SHAY ALBERT WILSON**, who was 18 years of age or older at the time of the offense:

  a. Intentionally killed Nathan Michael Hillmans (18 U.S.C. § 3591(a)(2)(A)).

  b. Intentionally inflicted serious bodily injury that resulted in the death of Nathan Michael Hillman (18 U.S.C. § 3591(a)(2)(B)).

  c. Intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Nathan Michael Hillman died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(C)).

  d. Intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Nathan Michael Hillman died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(D)).

  e. In the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to Nathan Michael Hillman (18 U.S.C. § 3592(c)(5)).

  f. Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

## FORFEITURE ALLEGATION

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in Count One of this Indictment, the Defendant, **SHAY ALBERT WILSON** shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s).

Upon conviction of the offense set forth in Count One of this Indictment, the Defendant, **SHAY ALBERT WILSON,** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Springfield Armory, Hellcat, 9mm pistol with serial number BB361009, and any and all associated ammunition.

If any of the property described above, as a result of any act or commission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 924(d) and 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Foreperson

_____
Tara M. Lyons
Acting United States Attorney

_____
Tania D. Groover
Assistant United States Attorney
Criminal Division Chief
Lead Counsel

_____
Bradley R. Thompson
Assistant United States Attorney
Co-lead counsel

4