UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
2025 JUL -9 P 1: 20

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 1111 |
| | ) Premeditated Murder |
| SHAY ALBERT WILSON | ) |
| | ) 18 U.S.C. §§ 3591, 3592 |
| | ) Notice of Special Finding |

CR425-083

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

Count 1:   **Premeditated Murder**
18 U.S.C. § 1111

- Life imprisonment;
- Pursuant to 18 U.S.C. § 3591, *et seq*, in the case of a Defendant convicted under this subsection and found, beyond a reasonable doubt at a hearing under 18 U.S.C. § 3593, to have met any of the special conditions enumerated in Sections 3591 and 3592, the penalty would be a sentence of death;
- Not more than a $250,000 fine;
- Not more than 5 years of supervised release;
- $100 special assessment.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ Tania D. Groover*

Tania D. Groover
Assistant United States Attorney
Georgia Bar Number 127947

1