# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:25-CR-83 |
| | ) | |
| v. | ) | |
| | ) | |
| SHAY ALBERT WILSON | ) | |

## GOVERNMENT'S CERTIFICATE OF DISCLOSURE

Now comes the United States of America, by and through the Acting United States Attorney for the Southern District of Georgia Tara M. Lyons, and states that copies of discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were made available to defense counsel via USAfx on July 31, 2025.

    Respectfully submitted,

    TARA M. LYONS
    ACTING UNITED STATES ATTORNEY

    ***/s/ Bradley R. Thompson***

    Bradley R. Thompson
    Assistant United States Attorney
    GA Bar No. 706187

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 31st day of July 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

***/s/ Bradley R. Thompson***

Bradley R. Thompson
Assistant United States Attorney
GA Bar No. 706187

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422