**USA v. Shay Albert Wilson**
**4:25-CR-83**

**Index of Discovery Produced on July 31, 2025**
**Via USAfx**

**001 Admin – Medical Requests**
      PAD Memo – Hillman.pdf
      PAD Memo – Wilson.pdf
      PAD Request EMS Report – Hillman
      PAD Request Ems Report – Wilson

**001 Admin – Preservation**
      CellCo Preservation Request.pdf
      Metro PCS Preservation Request.pdf
      Uber Preservation Request.docx
      Uber Preservation Request.pdf
      Wyze Preservation Request.docx
      Wyze Preservation Request.pdf

10 Dec 22 (Scott)
12 Dec 22 (Scott)

**002 AIRs**
      3ID CG (CG Memo - Wilson Continued Commitment Under RCM 909) (2).pdf
      122. IA - Barracks Room Search - 8 Feb 23.docx
      122. IA - Expanded Search Authorization for Cellphone - 20240212.docx
      125. IA - DFE Exam Results - 26 Mar 24.docx
      20221210 (Scott & Groce).pdf
      20221210 (Scott).pdf
      20221212  (Scott).pdf
      20221212 (Scott).pdf
      20221213 (Scott).pdf
      AIR - Darby - 12 Dec 22.docx
      AIR - Darby - 12 Dec 22.pdf
      AIR - SFC Boozer.pdf
      AIR 1 624-2022 (Stevens).pdf
      AIR Edward 14 Dec (York).pdf
      AIR Edward 14 Dec.pdf
      AIR Hardy 14 Dec 22.docx
      AIR Hartnett 29 Mar 23.pdf
      AIR of Conroy (12 Dec 22, 624-22).docx
      AIR of Conroy (12 Dec 22, 624-22).pdf
      AIR of Conroy (13 Dec 22, 624-22).docx
      AIR of Conroy (13 Dec 22, 624-22).pdf
      AIR of Conroy (15 Dec 22, 624-2022).docx
      AIR of Enstrom - 14 Dec 22.docx
      AIR of Enstrom - 14 Dec 22.pdf
      AIR of Enstrom - 16 Dec 22.docx

AIR of Enstrom - 19 Dec 22..pdf
AIR of Keita - 12 Dec 22.pdf
AIR of Keita - 14 Dec 22.pdf
AIR of McAllister (12 Dec 22, 624-22).pdf
AIR of SA Groce 12 Dec.docx
AIR of SA Groce 12 Dec.pdf
AIR of SA Hartnett 14 Dec 22.docx
AIR of SA Hartnett 14 Dec 22.pdf
AIR of SA Olson 13 Dec .docx
AIR of SA Olson 13 Dec .pdf
AIR of SA Olson 14 Dec 22.docx
AIR of SA Olson 14 Dec 22.pdf
AIR of SA Olson 15 Dec.docx
AIR of SA Olson.docx
AIR of SA Olson.pdf
AIR of Stevens (12 Dec 22, 624-22).pdf
AIR of Stevens (14 Dec 22, 624-22) Counseling.pdf
AIR Wolf 12 Dec 22.docx
AIR Wolf 12 Dec 22.pdf
AIR Wolf 13 Dec 22.docx
AIR Wolf 13 Dec 22.pdf
Blank AIR.docx
Brantley 13 Dec 22.docx
Brantley 14 Dec 22.docx
Brantley 14 Dec 22.pdf
Brantley 29 Dec 22.docx
Coonts 12 Dec 22.pdf
Coonts 14 Dec 22.pdf
Extejt 12 Dec 22.docx
Extejt 12 Dec 22.pdf
Extejt 13 Dec 22.docx
Extejt 13 Dec 22.pdf
Extejt 15 Dec 22.docx
Groce & Scott 10 Dec 22 (003).docx
Groce 10 Dec 22.docx
Hartnett 12 Dec 22.pdf
IA Hartnett 5 May 23.pdf
IA Hartnett 26 Apr 23.pdf
Medical Records.docx
Medical Records.pdf

**003 Attachment for Exhibits – CIC Documents**
Wilson Accurint.pdf
Wilson Analyst Investigative Support.pdf

**003 Attachments for Exhibits - Search Authorization & Affidavit (Clothing)**
3744 Affidavit (ROI 624-2022-CID093).pdf
Affidavit Attachment A (ROI 624-2022-CID093).docx
Shay Wilson SPC Search Auth.pdf

EPCD Signature 1SG Wilson.pdf
Stwart - 202212121847-624 22 CID093.mp4

**004 Autopsy Report**
Autopsy Report – Hillman.pdf

**005 Blood Alcohol Report**
Blood Alcohol Report – Hillman.pdf

**006 BWC Recording**
2022_1011_123826HPD0004_LL0004-001_20221019100432.1.mp4
2022_1011_130829HPD0004_LL0004-002_20221019100534.2.mp4

**007 CAS Entries**
CAS as of 30 Jan 25.pdf

**008 Case Leads**
Case Leads Excel – Wilson.xlsx

**009 Contact Information**
Contact Information.docx

**010 Correspondence**
911 Call Request.pdf
911 Recording Request Email.pdf
Memo to Casualty, 20230906.docx
Memo to Casualty, 20230906.pdf
Re [Non-DoD Source] Re Attn Alan Tang, VP of Finance. Preservation Request.pdf
Request for Assistance.pdf

**011 Email**
Email Thread.pdf

**012 Entities**
Ahola DPS.PNG
Boozer DPS.PNG
Brown DPS.PNG
Flores.jpg
Lamont DPS.PNG
Mann DPS.PNG
Montgomery DPS.PNG
Rodriguez DPS.PNG
Scott DPS.PNG
Torres DPS.PNG
Vasquez DPS.PNG
Wilson DPS Witness.PNG

**013 Exhibits - 911 Recordings - December 12, 2022**
    Bldg 8422 12122022 1 BWC.mp3
    Bldg 8422 12122022 2 BWC.mp3
    Bldg 8422 12122022 3 BWC.mp3
    Report Bldg 8422 12122022 1 BWC.txt
    Report Bldg 8422 12122022 2 BWC.txt
    Report Bldg 8422 12122022 3 BWC.txt

**013 Exhibits – Autopsy Photos**
    2022-6007408 (100).JPG
    2022-6007408 (101).JPG
    2022-6007408 (102).JPG
    2022-6007408 (103).JPG
    2022-6007408 (104).JPG
    2022-6007408 (105).JPG
    2022-6007408 (106).JPG
    2022-6007408 (107).JPG
    2022-6007408 (108).JPG
    2022-6007408 (109).JPG
    2022-6007408 (110).JPG
    2022-6007408 (111).JPG
    2022-6007408 (112).JPG
    2022-6007408 (113).JPG
    2022-6007408 (114).JPG
    2022-6007408 (115).JPG
    2022-6007408 (116).JPG
    2022-6007408XRAY1.JPG
    2022-6007408XRAY2.JPG

**013 Exhibits – Crime Scene Photos & Video**
    DSC_0001.JPG
    DSC_0002.JPG
    DSC_0003.JPG
    DSC_0004.JPG
    DSC_0005.JPG
    DSC_0006.JPG
    DSC_0007.JPG
    DSC_0008.JPG
    DSC_0009.JPG
    DSC_0010.JPG
    DSC_0011.JPG
    DSC_0012.JPG
    DSC_0013.JPG
    DSC_0014.JPG
    DSC_0015.JPG
    DSC_0016.JPG
    DSC_0017.JPG
    DSC_0018.JPG
    DSC_0019.JPG

DSC_0020.JPG
DSC_0021.JPG
DSC_0022.JPG
DSC_0023.JPG
DSC_0024.JPG
DSC_0025.JPG
DSC_0026.JPG
DSC_0027.JPG
DSC_0028.JPG
DSC_0029.JPG
DSC_0030.JPG
DSC_0031.JPG
DSC_0032.JPG
DSC_0033.JPG
DSC_0034.JPG
DSC_0035.JPG
DSC_0036.JPG
DSC_0037.JPG
DSC_0038.JPG
DSC_0039.JPG
DSC_0040.JPG
DSC_0041.JPG
DSC_0042.JPG
DSC_0043.JPG
DSC_0044.JPG
DSC_0045.JPG
DSC_0046.JPG
DSC_0047.JPG
DSC_0048.JPG
DSC_0049.JPG
DSC_0050.JPG
DSC_0051.JPG
DSC_0052.JPG
DSC_0053.JPG
DSC_0054.JPG
DSC_0055.JPG
DSC_0056.JPG
DSC_0057.JPG
DSC_0058.JPG
DSC_0059.JPG
DSC_0060.JPG
DSC_0061.JPG
DSC_0062.JPG
DSC_0063.JPG
DSC_0064.JPG
DSC_0065.JPG
DSC_0066.JPG
DSC_0067.JPG
DSC_0068.JPG

DSC_0069.JPG
DSC_0070.JPG
DSC_0071.JPG
DSC_0072.JPG
DSC_0073.JPG
DSC_0074.JPG
DSC_0075.JPG
DSC_0076.JPG
DSC_0077.JPG
DSC_0078.JPG
DSC_0079.JPG
DSC_0080.JPG
DSC_0081.JPG
DSC_0082.JPG
DSC_0083.JPG
DSC_0084.JPG
DSC_0085.JPG
DSC_0086.JPG
DSC_0087.JPG
DSC_0088.JPG
DSC_0089.JPG
DSC_0090.JPG
DSC_0091.JPG
DSC_0092.JPG
DSC_0093.JPG
DSC_0094.JPG
DSC_0095.JPG
DSC_0096.JPG
DSC_0097.JPG
DSC_0098.JPG
DSC_0099.JPG
DSC_0100.JPG
DSC_0101.JPG
DSC_0102.JPG
DSC_0103.JPG
DSC_0104.JPG
DSC_0105.JPG
DSC_0106.JPG
DSC_0107.JPG
DSC_0108.JPG
DSC_0109.MOV
DSC_0110.JPG
DSC_0111.JPG
DSC_0112.JPG
DSC_0113.JPG
DSC_0114.JPG
DSC_0115.JPG
DSC_0116.JPG
DSC_0117.JPG

DSC_0118.JPG
DSC_0119.JPG
DSC_0120.JPG
DSC_0121.JPG
DSC_0122.JPG
DSC_0123.JPG
DSC_0124.JPG
DSC_0125.JPG
DSC_0126.JPG
DSC_0127.JPG
DSC_0128.JPG
DSC_0129.JPG
DSC_0130.JPG
DSC_0131.JPG
DSC_0132.JPG
DSC_0133.JPG
DSC_0134.JPG
DSC_0135.JPG
DSC_0136.JPG
DSC_0137.JPG
DSC_0138.JPG
DSC_0139.JPG
DSC_0140.JPG
DSC_0141.JPG
DSC_0142.JPG
DSC_0143.JPG
DSC_0144.JPG
DSC_0145.JPG
DSC_0146.JPG
DSC_0147.JPG
DSC_0148.JPG
DSC_0149.JPG
DSC_0150.JPG
DSC_0151.JPG
DSC_0152.JPG
DSC_0153.JPG
DSC_0154.JPG
DSC_0155.JPG
DSC_0156.JPG
DSC_0157.JPG
DSC_0158.JPG
DSC_0159.JPG
DSC_0160.JPG
DSC_0161.JPG
DSC_0162.JPG
DSC_0163.JPG
DSC_0164.JPG
DSC_0165.JPG
DSC_0166.JPG

DSC_0167.JPG
DSC_0168.JPG
DSC_0169.JPG
DSC_0170.JPG
DSC_0171.JPG
DSC_0172.JPG
DSC_0173.JPG
DSC_0174.JPG
DSC_0175.JPG
DSC_0176.JPG
DSC_0177.JPG
DSC_0178.JPG
DSC_0179.JPG
DSC_0180.JPG
DSC_0181.JPG
DSC_0182.JPG
DSC_0183.JPG
DSC_0184.JPG
DSC_0185.JPG
DSC_0186.JPG
DSC_0187.JPG
DSC_0188.JPG
DSC_0189.JPG
DSC_0190.JPG
DSC_0191.JPG
DSC_0192.JPG
DSC_0193.JPG
DSC_0194.JPG
DSC_0195.JPG
DSC_0196.JPG
DSC_0197.JPG
DSC_0198.JPG
DSC_0199.JPG
DSC_0200.JPG
DSC_0201.JPG
DSC_0202.JPG
DSC_0203.JPG
DSC_0204.JPG
DSC_0205.JPG
DSC_0206.JPG
DSC_0207.JPG
DSC_0208.JPG
DSC_0209.JPG
DSC_0210.JPG
DSC_0211.JPG
DSC_0212.JPG
DSC_0213.JPG
DSC_0214.JPG
DSC_0215.JPG

DSC_0216.JPG
DSC_0217.JPG
DSC_0218.JPG
DSC_0219.JPG
DSC_0220.JPG
DSC_0221.JPG
DSC_0222.JPG
DSC_0223.JPG
DSC_0224.JPG
DSC_0225.JPG
DSC_0226.JPG
DSC_0227.JPG
DSC_0228.JPG
DSC_0229.JPG
DSC_0230.JPG
DSC_0231.JPG
DSC_0232.JPG
DSC_0233.JPG
DSC_0234.JPG
DSC_0235.JPG
DSC_0236.JPG

**013 Exhibits – Misc**

1. AIR of Wolf - Basis for Investigation - 12 Dec 22 CRC.pdf
1. AIR of Wolf - Basis for Investigation - 12 Dec 22.pdf
3. Investigator Statment of Robertson - 12 Dec 22.pdf
4. Investigator Statement of McFadden - 12 Dec 22.pdf
5. Investigator Statement of Southworth - 12 Dec 22.pdf
6. AIR - Pre incident information - 10 Dec 22 CRC.pdf
6. AIR - Pre incident information - 10 Dec 22.pdf
7. AIR - Crime Scene - 12 Dec 22 CRC.pdf
7. AIR - Crime Scene - 12 Dec 22.pdf
8. Crime Scene Sketch prepared by SA Olson -12 Dec 22.pdf
9. AIR of Darby - Canvass Interviews - 12 Dec 22 CRC.pdf
9. AIR of Darby - Canvass Interviews - 12 Dec 22.pdf
10. Sworn Statement of Ramos - 12 Dec 22.pdf
11. Sworn Statement of Bowen - 12 Dec 22.pdf
12. Interview of Hernandez - 12 Dec 22.mp4
13. AIR of Coonts - Canvass Interviews - 12 Dec 22 CRC.pdf
13. AIR of Coonts - Canvass Interviews - 12 Dec 22.pdf
14. Sworn Statement of Crishbaum - 12 Dec 22.pdf
15. Daily Staff Journal or Duty Oficer's Log 10-11 Dec 22.pdf
16. AIR of Extejt - Canvass Interviews - 12 Dec 22 CRC.pdf
16. AIR of Extejt - Canvass Interviews - 12 Dec 22.pdf
17. Screenshots of Messages Provided by N. Wilson.pdf
18. AIR of Groce - Interview of Wilson - 12 Dec 22 CRC.pdf
18. AIR of Groce - Interview of Wilson - 12 Dec 22.pdf
19. Rights Waiver of Wilson - 12 Dec 22.pdf
20. Interview of Wilson - 12 Dec 22 (1).mp4

20. Interview of Wilson - 12 Dec 22 (2).mp4
20. Interview of Wilson - 12 Dec 22 (3).mp4
21. AIR of Scott - Interview of Brown - 12 Dec 22 CRC.pdf
21. AIR of Scott - Interview of Brown - 12 Dec 22.pdf
22. AIR of McAllister - Interview of Vasquez - 12 Dec 22 CRC.pdf
22. AIR of McAllister - Interview of Vasquez - 12 Dec 22.pdf
23. Screenshots provided by 1SG Lamont.pdf
24. Inteview of Edwards - 12 Dec 22.mp4
25. AIR of Stevens - Witness Inteviews - 12 Dec 22 CRC.pdf
25. AIR of Stevens - Witness Inteviews - 12 Dec 22.pdf
26. Sworn Statement of Cooney - 12 Dec 22.pdf
27. Sworn Statement of Hughes - 12 Dec 22.pdf
28. AIR of Conroy - Witness Interviews - 12 Dec 22 CRC.pdf
28. AIR of Conroy - Witness Interviews - 12 Dec 22.pdf
29. Sworn Statement of Montgomery - 12 Dec 22.pdf
30. Interview of Mann.mp4
31. Interview of Rodriguez.mp4
32. Interview of Brown.mp4
33. AIR of Hartnett - 12 Dec 22 CRC.pdf
33. AIR of Hartnett - 12 Dec 22.pdf
34. ATF Weapons Trace.pdf
35. AIR of Keita - Interview of Boozer CRC.pdf
35. AIR of Keita - Interview of Boozer.pdf
36. Interview of Boozer.mp4
37. AIR of Olson - Documents from MP Desk - 13 Dec 22 CRC.pdf
37. AIR of Olson - Documents from MP Desk - 13 Dec 22.pdf
38. Confinement Orders of Wilson - 12 Dec 22.pdf
39. Copy of MFR of Rights of a Pretrial Confinement - 12 Dec 22.pdf
40. Investigator Statement of Arnold - 12 Dec 22.pdf
41. Investigator Statement of Busbey - 12 Dec 22.pdf
42. AIR of Brantley - 13 Dec 22 CRC.pdf
42. AIR of Brantley - 13 Dec 22.pdf
43. AIR of Extejt - Interview of 1SG Wilson - 13 Dec 22 CRC.pdf
43. AIR of Extejt - Interview of 1SG Wilson - 13 Dec 22.pdf
44. Inteview of 1SG Wilson - 13 Dec 22.mp4
45. Rough Sketch Provided by 1SG Wilson - 13 Dec 22.pdf
46. Consent to Search - 1SG Wilson 13 Dec 22.pdf
47. Consent to Search Digital Devices - 1SG Wilson 13 Dec 22.pdf
48. Screenshots of 1SG Wilson.pdf
49. AIR of Conroy - Interview of Vasquez CRC.pdf
49. AIR of Conroy - Interview of Vasquez.pdf
50. Interview of Vasquez.mp4
51. Screen Shots Provided by Vasquez 13 Dec 22 (1).jpg
51. Screen Shots Provided by Vasquez 13 Dec 22 (1).pdf
51. Screen Shots Provided by Vasquez 13 Dec 22 (2).jpg
51. Screen Shots Provided by Vasquez 13 Dec 22 (2).pdf
51. Screen Shots Provided by Vasquez 13 Dec 22 (3).jpg
51. Screen Shots Provided by Vasquez 13 Dec 22 (3).pdf
51. Screen Shots Provided by Vasquez 13 Dec 22 (4).jpg

51. Screen Shots Provided by Vasquez 13 Dec 22 (4).pdf
51. Screen Shots Provided by Vasquez 13 Dec 22 CRC.pdf
52. Rough Sketch Provided by Vasquez - 13 Dec 22.pdf
53. Timeline Provided by Vasquez - 13 Dec 22.pdf
54. Consent to Search Provided by Vasquez - 13 Dec 22.pdf
55. AIR of Stevens - Interviews of Flores & Thomas - 13 Dec 22 CRC.pdf
55. AIR of Stevens - Interviews of Flores & Thomas - 13 Dec 22.pdf
56. Interview of Flores - 13 Dec 22.mp4
57. Rough Sketch Provided by Flores - 13 Dec 22.pdf
58. Interview of Thomas - 13 Dec 22.wav
59. AIR of Scott - Search Authorization - 13 Dec 22 CRC.pdf
59. AIR of Scott - Search Authorization - 13 Dec 22.pdf
60. Search & Seizure Authorization - 13 Dec 22.pdf
61. Affidavit Supporting Request for Auhtorization to Search & Seize or Apprehend - 13 Dec 22.pdf
62. AIR Olson - Autopsy - 14 Dec 22 CRC.pdf
62. AIR Olson - Autopsy - 14 Dec 22.pdf
64. AIR of Hartnett - ATF Trace - 14 Dec 22 CRC.pdf
64. AIR of Hartnett - ATF Trace - 14 Dec 22.pdf
65. Firearms Transaction Record - 22 Oct 22.pdf
66. Range Tab - 10 Dec 22.pdf
67. AIR of Wolf - Interview of N. Hillman - 14 Dec 22.pdf
68. Interview of Mrs. N. Hillman - 14 Dec 22.mp4
69. Consent to search of Mrs. N. Hillman - 14 Dec 22.pdf
70. Investigator Statement of Thompson - 13 Dec 22.pdf
71. Investigator Statement of Boshers - 13 Dec 22.pdf
72. Investigator Statement of Kelly - 13 Dec 22.pdf
73. Investigator Statement of Lynch - 13 Dec 22.pdf
74. Investigator Statement of Sobieraj - 13 Dec 22.pdf
75. Investigator Statement of Hays - 13 Dec 22.pdf
76. Investigator Statement of Espinoza-Howard - 13 Dec 22.pdf
77. Investigator Statement of Cole - 13 Dec 22.pdf
78. AIR of Edwards - Interview of Zimmerman - 14 Dec 22 CRC.pdf
78. AIR of Edwards - Interview of Zimmerman - 14 Dec 22.pdf
79. Sworn Statement of Zimmerman - 14 Dec 22.pdf
80. AIR of Coonts - Interviews of Sibiea & Clarke - 14 Dec 22 CRC.pdf
80. AIR of Coonts - Interviews of Sibiea & Clarke - 14 Dec 22.pdf
81. Interview of Sibiea - 14 Dec 22.mp4
82. Interview of Clarke - 14 Dec 22.wav
83. AIR of Keita - Interviews of Minyard, Horne, Adams IVs, 911 Call - 14 Dec 22 CRC.pdf
83. AIR of Keita - Interviews of Minyard, Horne, Adams IVs, 911 Call - 14 Dec 22.pdf
84. Sworn Statement of Minyard - 14 Dec 22.pdf
85. Sworn Statement of Horne - 14 Dec 22.pdf
86. Sworn Statement of Adams - 14 Dec 22.pdf
88. Event Chronology - 12 Dec 22.pdf
89. AIR of Enstrom  Williams Statement - 14 Dec 22 CRC.pdf
89. AIR of Enstrom  Williams Statement - 14 Dec 22.pdf
90. Sworn Statement of Williams - 14 Dec 22.pdf
91. AIR of Stevens - Counseling Packet - 14 Dec 22 CRC.pdf
91. AIR of Stevens - Counseling Packet - 14 Dec 22.pdf

92. Counseling Packet of Wilson.pdf
93. MPO Protecting St. George - 12 Oct 22.pdf
94. MPO Protecting Wilson - 12 Oct 22.pdf
95. AIR of Hardy - Interview of St. George - 14 Dec 22 CRC.pdf
95. AIR of Hardy - Interview of St. George - 14 Dec 22.pdf
96. Interview of St. George - 14 Dec 22.mp4
97. AIR of Brantley - Preservation Letter - 14 Dec 22 CRC.pdf
97. AIR of Brantley - Preservation Letter - 14 Dec 22.pdf
98. AIR of Edwards - Interview of York - 14 Dec 22 CRC.pdf
98. AIR of Edwards - Interview of York - 14 Dec 22.pdf
99. Interview of York - 14 Dec 22.wav
100. AIR of Conroy - Chism, Bentley, & Lewis - 15 Dec 22 CRC.pdf
100. AIR of Conroy - Chism, Bentley, & Lewis - 15 Dec 22.pdf
101. Interview of Lewis.wav
102. AIR of Extejt - Interviews fo Montoya, Luna, Nash, Gates & Hubbard 15 Dec 22 102.pdf
102. AIR of Extejt - Interviews fo Montoya, Luna, Nash, Gates & Hubbard 15 Dec 22.pdf
103. Rough Sketch Provided by Hubbard - 15 Dec 22.pdf
104. Interview of Hubbard - 15 Dec 22.mp4
105. AIR of Coonts - Interviews of Shull & Seidel - 15 Dec 22 CRC.pdf
105. AIR of Coonts - Interviews of Shull & Seidel - 15 Dec 22.pdf
106. Inteview of Shull.wav
107. Interview of Seidel.wav
108. AIR of James - Interviews of Belcher & Dominguez - 15 Dec 22.pdf
109. AIR of Edwards - Interview of Thrasher - 15 Dec 22 CRC.pdf
109. AIR of Edwards - Interview of Thrasher - 15 Dec 22.pdf
110. Interview of Thrasher - 15 Dec 22 (1).wav
110. Interview of Thrasher - 15 Dec 22 (2).wav
111. AIR of Stevens - Interview of Scott - 15 Dec 22 CRC.pdf
111. AIR of Stevens - Interview of Scott - 15 Dec 22.pdf
112. Interview of Scott.mp4
113. Rough Sketch by Scott.pdf
114. AIR of Olson - Interviews of Jennings, Hunter & Dabney - 15 Dec 22 CRC.pdf
114. AIR of Olson - Interviews of Jennings, Hunter & Dabney - 15 Dec 22.pdf
115. Interview of Jennings - 15 Dec 22.mp4
116. AIR of Enstrom - 16 Dec 22 CRC.pdf
116. AIR of Enstrom - 16 Dec 22.pdf
117. Investigator Statment of Robertson - 12 Dec 22 - Copy.pdf
118. AIR of Brantley - Search Authorization - 29 Dec 22 CRC.pdf
118. AIR of Brantley - Search Authorization - 29 Dec 22.pdf
119. Search & Seizure Authorization (Phone) - 29 Dec 22.pdf
120. Affidavit Supporting Request for Auhtorization to Search and Seize or Apprehend - 29 Dec 22.pdf
121. AIR of Olson - EMS Run Report - 19 Jan 23.pdf
122. Copy of EMS Run Report - 22 Dec 22.pdf
123. IA - Barracks Room Search - 8 Feb 23.pdf
123a. MFR of CPT Borland - 8 Feb 23.pdf
123c. EPCD, DN # 32URK.pdf
124. AIR of Hartnett - 29 Mar 23 CRC.pdf
124. AIR of Hartnett - 29 Mar 23.pdf
125. Autopsy Report of Hillman - 8 Mar 23.pdf

126. AIR of SA Hartnett - 26 Apr 23.pdf
127. Blood & Alcohol of Hillman - 21 Apr 23.pdf
128. IA - Expanded Search Authorization for Cellphone - 20240212.pdf
128a. Affidavit Supporting Request for Authorization to Search & Seize or Apprehend (cell phone).pdf
128b. Search & Seizure Authorization (cell phone).pdf
129. IA - Search Authorization for Camera - 20240213.pdf
129a. Affidavit Supporting Request for Authorization to Search and Seize or Apprehend (camera).pdf
129b. Search & Seizure Authorization (camera).pdf
129d. Final DFE Notes of Report # 0044-23-CID993.pdf
130. IA - DFE Exam Results - 26 Mar 24.pdf
130a. Final DFE Report, Report # 0044-23-CID993.pdf
130b. Final DFE Notes of Report # 0044-23-CID993.pdf
130c. Final DFE Report, Report # 0044-23-CID993.pdf
624-2022-CID093 All Exhibits CRC.pdf
Desktop.ini
IA Template - NEW.docx

**013 Exhibits – Photos of Spc Wilson's Room**

DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG
DSC_0007.JPG
DSC_0008.JPG
DSC_0009.JPG
DSC_0010.JPG
DSC_0011.JPG
DSC_0012.JPG
DSC_0013.JPG
DSC_0014.JPG
DSC_0015.JPG
DSC_0016.JPG
DSC_0017.JPG
DSC_0018.JPG
DSC_0019.JPG
DSC_0020.JPG
DSC_0021.JPG
DSC_0022.JPG
DSC_0023.JPG
DSC_0024.JPG
DSC_0025.JPG
DSC_0026.JPG
DSC_0027.JPG
DSC_0028.JPG
DSC_0029.JPG
DSC_0030.JPG
DSC_0031.JPG

DSC_0032.JPG
DSC_0033.JPG
DSC_0034.JPG
DSC_0035.JPG
DSC_0036.JPG
DSC_0037.JPG
DSC_0038.JPG
DSC_0039.JPG
DSC_0040.JPG
DSC_0041.JPG
DSC_0042.JPG
DSC_0043.JPG
DSC_0044.JPG
DSC_0045.JPG
DSC_0046.JPG
DSC_0047.JPG
DSC_0048.JPG
DSC_0049.JPG
DSC_0050.JPG
DSC_0051.JPG
DSC_0052.JPG
DSC_0053.JPG
DSC_0054.JPG
DSC_0055.JPG
DSC_0056.JPG
DSC_0057.JPG
DSC_0058.JPG
DSC_0059.JPG
DSC_0060.JPG
DSC_0061.JPG
DSC_0062.JPG
DSC_0063.JPG
DSC_0064.JPG
DSC_0065.JPG
DSC_0066.JPG
DSC_0067.JPG
DSC_0068.JPG
DSC_0069.JPG
DSC_0070.JPG
DSC_0071.JPG
DSC_0072.JPG
DSC_0073.JPG
DSC_0074.JPG
DSC_0075.JPG
DSC_0076.JPG
DSC_0077.JPG
DSC_0078.JPG
DSC_0079.JPG
DSC_0080.JPG

DSC_0081.JPG
DSC_0082.JPG
DSC_0083.JPG
DSC_0084.JPG
DSC_0085.JPG
DSC_0086.JPG
DSC_0087.JPG
DSC_0088.JPG
DSC_0089.JPG
DSC_0090.JPG

**013 Exhibits – Video Footage from Camera – 20221209**

20221209_17_22_43.jpg
20221209_17_22_56.jpg
20221209_17_24_36.jpg
20221209_17_24_57.jpg
20221209_17_26_04.jpg
20221209_17_26_45.jpg
20221209_17_27_17.jpg
20221209_17_29_14.jpg
20221209_17_30_27.jpg
20221209_17_32_27.jpg
20221209_17_34_43.jpg
20221209_17_36_10.jpg
20221209_17_37_47.jpg
20221209_17_39_19.jpg
20221209_17_39_45.jpg
20221209_17_40_15.jpg
20221209_17_40_24.jpg
20221209_17_41_40.jpg
20221209_17_42_34.jpg
20221209_17_43_42.jpg
20221209_17_44_10.jpg
20221209_17_46_56.jpg
20221209_17_48_29.jpg
20221209_17_48_42.jpg
20221209_17_51_41.jpg
20221209_17_57_38.jpg
20221209_17_58_22.jpg
20221209_17_59_05.jpg
20221209_17_59_26.jpg
20221209_18_00_09.jpg
20221209_18_00_27.jpg
20221209_18_02_00.jpg
20221209_18_02_09.jpg
20221209_18_21_48.jpg
20221209_18_22_00.jpg
20221209_18_48_16.jpg
20221209_18_48_47.jpg

20221209_18_53_46.jpg
20221209_18_53_52.jpg
20221209_19_06_53.jpg
20221209_19_08_06.jpg
20221209_19_08_18.jpg
20221209_19_15_25.jpg
20221209_19_18_31.jpg
20221209_19_20_03.jpg
20221209_19_21_54.jpg
20221209_19_24_15.jpg
20221209_19_24_27.jpg
20221209_19_24_51.jpg
20221209_19_25_45.jpg
20221209_19_28_42.jpg
20221209_19_28_46.jpg
20221209_19_33_41.jpg
20221209_19_34_46.jpg
20221209_19_38_11.jpg
20221209_19_43_13.jpg
20221209_19_48_12.jpg
20221209_19_48_55.jpg
20221209_19_49_21.jpg
20221209_19_52_16.jpg
20221209_19_53_23.jpg
20221209_19_53_30.jpg
20221209_19_53_55.jpg
20221209_19_54_00.jpg
20221209_19_55_29.jpg
20221209_19_55_34.jpg
20221209_19_56_06.jpg
20221209_19_56_11.jpg
20221209_20_38_40.jpg
20221209_21_07_03.jpg
20221209_21_07_09.jpg
20221209_21_07_57.jpg
20221209_21_08_03.jpg
20221209_21_09_03.jpg
20221209_21_09_09.jpg
20221209_21_10_28.jpg
20221209_21_10_34.jpg

**013 Exhibits – Video Footage from Camera – 20221210**

20221210_11_32_03.jpg
20221210_11_32_51.jpg
20221210_11_33_58.jpg
20221210_11_34_26.jpg
20221210_11_34_40.jpg
20221210_11_36_42.jpg
20221210_11_37_23.jpg

20221210_11_38_51.jpg
20221210_11_39_58.jpg
20221210_11_40_50.jpg
20221210_11_41_18.jpg
20221210_11_43_11.jpg
20221210_11_43_55.jpg
20221210_11_44_57.jpg
20221210_11_45_06.jpg
20221210_11_45_32.jpg
20221210_11_46_03.jpg
20221210_11_46_30.jpg
20221210_11_46_45.jpg
20221210_11_47_25.jpg
20221210_12_13_39.jpg
20221210_12_13_59.jpg
20221210_12_14_07.jpg
20221210_12_16_18.jpg
20221210_12_17_53.jpg
20221210_12_19_04.jpg
20221210_12_19_22.jpg
20221210_12_20_17.jpg
20221210_12_33_17.jpg
20221210_12_33_49.jpg
20221210_12_33_50.jpg
20221210_12_35_09.jpg
20221210_12_36_02.jpg
20221210_12_38_54.jpg
20221210_12_51_17.jpg
20221210_12_57_28.jpg
20221210_13_03_09.jpg
20221210_13_19_34.jpg
20221210_13_19_38.jpg
20221210_13_21_25.jpg
20221210_13_21_31.jpg
20221210_13_23_37.jpg
20221210_13_23_43.jpg
20221210_13_25_23.jpg
20221210_13_25_30.jpg
20221210_13_26_48.jpg
20221210_13_28_50.jpg
20221210_13_29_02.jpg
20221210_13_29_26.jpg
20221210_13_29_35.jpg
20221210_13_30_51.jpg
20221210_13_30_55.jpg
20221210_13_31_51.jpg
20221210_13_31_55.jpg
20221210_13_32_52.jpg
20221210_13_32_57.jpg

20221210_13_42_26.jpg
20221210_13_45_16.jpg
20221210_13_49_47.jpg
20221210_13_51_51.jpg
20221210_13_52_22.jpg
20221210_13_57_19.jpg
20221210_13_59_27.jpg
20221210_14_01_25.jpg
20221210_14_02_47.jpg
20221210_14_06_29.jpg
20221210_14_06_57.jpg
20221210_14_07_59.jpg
20221210_14_13_47.jpg
20221210_14_14_20.jpg
20221210_14_14_25.jpg
20221210_14_15_00.jpg
20221210_14_15_10.jpg
20221210_14_17_20.jpg
20221210_14_17_26.jpg
20221210_14_19_10.jpg
20221210_14_19_16.jpg
20221210_14_20_32.jpg
20221210_14_22_13.jpg
20221210_14_23_22.jpg
20221210_14_23_25.jpg
20221210_14_24_24.jpg
20221210_14_24_40.jpg
20221210_15_05_23.jpg
20221210_23_26_41.jpg
20221210_23_26_56.jpg
20221210_23_27_05.jpg
20221210_23_27_27.jpg
20221210_23_28_20.jpg
20221210_23_28_26.jpg
20221210_23_29_19.jpg
20221210_23_30_18.jpg
20221210_23_32_05.jpg
20221210_23_32_44.jpg
20221210_23_33_28.jpg
20221210_23_34_19.jpg
20221210_23_34_56.jpg
20221210_23_35_07.jpg
20221210_23_36_19.jpg
20221210_23_36_23.jpg
20221210_23_37_36.jpg
20221210_23_38_06.jpg
20221210_23_38_10.jpg
20221210_23_38_38.jpg
20221210_23_41_55.jpg

20221210_23_42_00.jpg
20221210_23_43_17.jpg
20221210_23_43_23.jpg
20221210_23_44_28.jpg
20221210_23_47_42.jpg
20221210_23_47_48.jpg
20221210_23_49_34.jpg
20221210_23_49_56.jpg
20221210_23_50_01.jpg
20221210_23_51_36.jpg
20221210_23_51_41.jpg
20221210_23_54_29.jpg
20221210_23_54_35.jpg

**013 Exhibits – Video Footage from Camera – 20221211**

20221211\20221211_00_03_48.jpg
20221211\20221211_17_10_17.jpg
20221211\20221211_17_10_22.jpg
20221211\20221211_17_14_06.jpg
20221211\20221211_17_14_25.jpg
20221211\20221211_17_49_59.jpg
20221211\20221211_17_52_45.jpg
20221211\20221211_17_52_54.jpg
20221211\20221211_17_57_26.jpg
20221211\20221211_17_57_49.jpg
20221211\20221211_17_57_54.jpg
20221211\20221211_18_00_51.jpg
20221211\20221211_18_00_58.jpg
20221211\20221211_18_02_02.jpg
20221211\20221211_18_02_29.jpg
20221211\20221211_18_04_03.jpg
20221211\20221211_18_04_52.jpg
20221211\20221211_18_04_58.jpg
20221211\20221211_18_05_30.jpg
20221211\20221211_18_06_20.jpg
20221211\20221211_18_06_29.jpg
20221211\20221211_18_06_55.jpg
20221211\20221211_18_07_01.jpg
20221211\20221211_18_07_45.jpg
20221211\20221211_18_07_53.jpg
20221211\20221211_18_08_25.jpg
20221211\20221211_18_10_24.jpg
20221211\20221211_18_10_30.jpg
20221211\20221211_18_27_54.jpg
20221211\20221211_18_35_13.jpg
20221211\20221211_18_38_37.jpg
20221211\20221211_18_38_44.jpg
20221211\20221211_18_42_14.jpg
20221211\20221211_18_42_43.jpg

20221211\20221211_18_42_57.jpg
20221211\20221211_18_44_35.jpg
20221211\20221211_18_50_35.jpg
20221211\20221211_18_54_48.jpg
20221211\20221211_18_54_53.jpg
20221211\20221211_18_56_02.jpg
20221211\20221211_18_56_08.jpg
20221211\20221211_18_56_33.jpg
20221211\20221211_18_57_53.jpg
20221211\20221211_18_58_10.jpg
20221211\20221211_18_58_30.jpg
20221211\20221211_18_58_33.jpg
20221211\20221211_18_59_43.jpg
20221211\20221211_18_59_50.jpg
20221211\20221211_19_00_44.jpg
20221211\20221211_19_01_01.jpg
20221211\20221211_19_01_31.jpg
20221211\20221211_19_01_35.jpg
20221211\20221211_19_03_09.jpg
20221211\20221211_19_03_13.jpg
20221211\20221211_19_03_42.jpg
20221211\20221211_19_04_16.jpg
20221211\20221211_19_04_21.jpg
20221211\20221211_19_07_32.jpg
20221211\20221211_19_07_48.jpg
20221211\20221211_19_10_05.jpg
20221211\20221211_19_10_28.jpg
20221211\20221211_19_14_09.jpg
20221211\20221211_19_26_42.jpg
20221211\20221211_19_27_47.jpg
20221211\20221211_19_37_53.jpg
20221211\20221211_19_38_52.jpg
20221211\20221211_19_58_46.jpg
20221211\20221211_20_50_37.jpg

**013 Exhibits – Video Footage from Camera – 20221212**
20221212_02_57_23.jpg
20221212_02_57_39.jpg
20221212_02_58_18.jpg
20221212_02_58_40.jpg
20221212_02_59_15.jpg
20221212_02_59_36.jpg
20221212_02_59_51.jpg
20221212_03_00_20.jpg
20221212_03_01_58.jpg
20221212_03_03_17.jpg
20221212_03_03_53.jpg
20221212_03_03_58.jpg
20221212_03_05_15.jpg

20221212_03_05_47.jpg
20221212_03_05_55.jpg
20221212_03_06_34.jpg
20221212_03_06_40.jpg
20221212_03_10_21.jpg
20221212_03_26_33.jpg
20221212_03_37_02.jpg
20221212_03_58_43.jpg
20221212_04_05_21.jpg
20221212_04_05_33.jpg
20221212_04_05_42.jpg
20221212_04_07_58.jpg
20221212_04_08_13.jpg
20221212_04_08_36.jpg
20221212_04_08_45.jpg
20221212_04_17_07.jpg
20221212_04_17_11.jpg
20221212_04_17_12.jpg
20221212_04_18_13.jpg
20221212_04_21_00.jpg
20221212_04_24_29.jpg
20221212_04_29_56.jpg
20221212_04_35_18.jpg
20221212_04_57_39.jpg
20221212_04_58_02.jpg
20221212_04_59_43.jpg
20221212_05_07_32.jpg
20221212_05_09_29.jpg
20221212_05_16_59.jpg
20221212_05_25_40.jpg
20221212_05_36_59.jpg
20221212_05_37_23.jpg
20221212_05_39_27.jpg
20221212_05_54_29.jpg
20221212_06_17_44.jpg
20221212_06_27_34.jpg
20221212_06_28_31.jpg
20221212_06_30_17.jpg
20221212_06_33_44.jpg
20221212_08_13_42.jpg
20221212_08_13_45.jpg
20221212_08_15_10.jpg
20221212_08_16_03.jpg
20221212_08_40_05.jpg
20221212_08_55_15.jpg
20221212_08_55_21.jpg
20221212_08_56_06.jpg
20221212_08_57_20.jpg
20221212_08_58_53.jpg

20221212_09_00_01.jpg
20221212_09_00_31.jpg
20221212_09_03_10.jpg
20221212_09_06_22.jpg
20221212_09_06_42.jpg
20221212_09_16_59.jpg
20221212_09_17_06.jpg
20221212_09_18_07.jpg
20221212_09_20_02.jpg
20221212_09_21_19.jpg
20221212_09_23_04.jpg
20221212_09_23_13.jpg
20221212_09_24_15.jpg
20221212_09_24_45.jpg
20221212_09_26_22.jpg
20221212_09_27_47.jpg
20221212_09_29_26.jpg
20221212_09_29_47.jpg
20221212_09_30_54.jpg
20221212_09_31_36.jpg
20221212_09_31_40.jpg
20221212_09_35_07.jpg
20221212_09_35_13.jpg
20221212_16_33_51.jpg
20221212_16_36_55.jpg
20221212_16_37_01.jpg
20221212_16_39_05.jpg
20221212_17_27_36.jpg

**014 Federal Warrant – IA Support**

Hillman Accurint.pdf
Hillman DD214 (2018).pdf
Hillman Leads Online.pdf
Hillman Recom Awards.pdf
Hillman SRB.pdf
Wilson Accurint.pdf
Wilson Analyst Investigative Support.pdf
Wilson DD 1966 (Processing).pdf
Wilson DD4.pdf
Wilson Separation.pdf
Wilson SF86.pdf
Wilson SRB.pdf

Attachment A.docx
Cell Phone Warrant.pdf

**015 Forensic Science Consultant Review**

CF Review – 0624-22-CID093.docx

**016 Interviews**
    Phillippi Callyo 2022-12-15 12-07-05 EST.wav

**017 Magistrate Authorization – Phone - Expanded Search of Phone**
    A3744 - Wilson Cell phone.pdf
    A3745 - Wilson Cell phone.pdf
    Attachments A-C - Expanded Scope.docx

**017 Magistrate Authorization – Phone – Magistrate Return**
    Shay Wilson Search Auth Phone.pdf

**017 Magistrate Authorization – Phone – Web Camera**
    A3744 - Wilson Web Camera.pdf
    A3745 - Wilson Web Camera.pdf
    Box Location.jpg
    Email from Wyze.pdf
    Inventory Sheet.jpg

A3744 SPC Wilson (1).pdf
A3745 SPC Wilson (1).pdf
Attachments A-C - Expanded Scope.docx
Attachments A-C.docx

**018 Military Police Report**
    DA3975_0566-2015-MPC013.pdf

**019 Notes, Misc, Email – OSINT**
    Capture 2.pdf
    Capture 2.png
    Capture.pdf
    Capture.png

Extejt - Interview of 1SG Wilson Notes 12 Dec.pdf
Extejt - Interview of Evams Notes.pdf
Extejt - Interview of Torres Rodriguez Notes 12 Dec.pdf
Extejt - Interview of Wilber, Dunn & Scott Notes.pdf
Extejt - List of Interviewees 1.pdf
Extejt - List of Interviewees 2.pdf
Medical Records.pdf
Resub of Warrant.pdf
Search Warrant Email.pdf
Warrant Return.pdf

**020 OMFP of Nahan Michael Hillman**
    600239639.html
    600239639.xml
    786794713 Record of Emergency Data DD-93 2012-08-28.tif
    786794715 Montgomery GI Bill Act DD 2366 2012-08-28.tif
    786794720 Birth Certificate of Nathan Michael Hillman 2012-08-28.tif

786794721 Social Security Card of Nathan Michael Hillman 2012-08-28.tif
786794722 Statement for Enlistment 3286-A 2012-08-28.tif
786794722 Statement for Enlistment 3286-B 2012-08-28.tif
786794724 Record of Military Processing DD 1966 2012-08-28.tif
786794725 Enlistment-Reenlistment Document DD 41-2 2012-08-28.tif
786794726 DD 4-3 2012-08-28.tif
787377787 Servicemembers Group Life Insurance Election 8286 2012-08-30.tif
787377788 Record of Emergency Data DD 93 2012-08-30.tif
787939952 Montgomery GI Bill Act DD 2366 2012-08-30.tif
794662556 Assign Permanent 2012-10-05.tif
800735970 Change Basic Allowance DA 5960 2012-11-13.tif
809693479 Change Basic Allowance DA 5960 2013-04-30.tif
809693480 Assign Permanent 2013-04-17.tif
813387901 Servicemembers Group Life Insurance Election 8286 2014-05-28.pdf
813387956 Record of Emergency Data DD 93 2014-05-28.pdf
813388143 Record of Emergency Data DD 93 2014-05-28.pdf
814930788 Tattoo Memo with Photos 2014-05-01.tif
817583133 Orders TCSD Amended 2014-08-01.pdf
817583134 NATO Travel Order 2014-08-01.pdf
817583135 Order TCS 2014-08-01.pdf
818052271 Finance Records Review 2014-08-26.pdf
818052308 Personnel Records Review 2014-08-26.pdf
818052624 Personnel Records Review 2014-08-26.pdf
818910613 Personnel Records Review 2014-09-10.pdf
822241683 Change Basic Allowance DA 5960 2013-05-13.tif
822615095 Revoked Orders 2014-11-07.pdf
823661214 ORD NATO 2014-12-04.pdf
823661215 ORD TCS 2014-12-04.pdf
827831277 AWD-MOS-ASI 2013-07-23.tif
832164272 FIN REC REV 2015-06-30.pdf
833416429 FIN REC REV 2015-07-29.pdf
833416471 Personnel Records Review 2015-07-29.pdf
835430809 ORD TCS AMD 2015-09-11.pdf
837532504 AWD ORDER 2015-07-28.tif
847552979 FIN REC REV 2016-06-27.pdf
847553130 PERS REC REV 2016-06-27.pdf
854076042 ORD NATO 2016-11-10.pdf
854076043 ORD TCS 2016-11-10.pdf
855286484 AWD DOC 2015-10-27.tif
855367854 DD 93 2016-12-14.pdf
855368086 SGLV 8286 2016-12-14.pdf
856154250 ORD REV 2017-01-05.pdf
856380982 ORD NATO 2017-01-09.pdf
856380983 ORD TCS 2017-01-09.pdf
856406995 Birth Certificate Hillman 2014-07-03.pdf
857774184 Spousal Notification Letter 2016-12-14.tif
861541009 ORD REV 2017-04-28.pdf
862021020 SGLV 8286 2017-05-05.pdf
862741831 ORD NATO 2017-05-16.pdf

862741832 ORD TCS 2017-05-16.pdf
863963133 PERS REC REV 2017-06-13.pdf
864029050 FIN REC REV 2017-06-14.pdf
864124287 Spousal Notify Letter 2017-05-03.tif
866764706 SF 312 2012-11-13.pdf
867070525 AWD DOC 2017-07-15.pdf
872541244 DD 932017-12-04.pdf
873983160 CRS CMPL 40 2017-12-13.pdf
876919178 SGLV 8286 2018-03-15.pdf
880027723 PERS REC REV 2018-05-18.pdf
884838667 ORDER SEP 2018-08-27.tif
884839795 ERB 2018-08-28.pdf
886973498 DA 638 2018-09-27.pdf
886973499 AWD DOC 2018-08-27.pdf
896211258 TRF RESCOMP 2019-05-09.pdf
896237209 Bonus Agreement 2019-05-05.pdf
902770406 SGLV 8286 2019-09-21.pdf
903865061 PERS REC REV 2019-10-19.pdf
903937804 DD 93 2019-10-20.pdf
903970318 SGLV 8286 2019-10-20.pdf
906627307 DA 4836 2020-01-21.pdf
907620609 Birth Certificate of Aurora Rae Hillman 019-05-15.pdf
907620610 Marriage Certificate 2014-06-23.pdf
912008795 DD 4 PACKET 2020-06-22.pdf
917128935 SGLV 8286 2020-10-17.pdf
917740666 PERS REC REV 2020-11-04.pdf
917972820 DA 1380 2020-07-21.pdf
917972821 DA 1380 2020-07-07.pdf
917972822 DA 1380 2020-06-23.pdf
917972912 AWD DOC 2019-11-30.pdf
917980661 DD 93 2020-10-17.pdf
920754428 SF 86 2021-02-08.pdf
920754429 SF 86 P10 2021-02-08.pdf
920754430 DD 368 2021-02-08.pdf
920754433 Birth Certificate of Lilyan Kate Hillman 2021-02-08.pdf
920754435 SF 86 P12 2021-02-08.pdf
920754436 CDCC 2021-02-08.pdf
920754440 Birth Certificate of Aurora Rae Hillman 2021-02-08.pdf
920754446 DD 214 2021-02-08.pdf
920754449 SSN VER-COR 2021-02-08.pdf
920754450 USAREC 978 DY 2021-02-08.pdf
920754451 SF 86 P11 2021-02-08.pdf
920754452 Marriage Certificate 2021-02-08.pdf
920754457 Birth Certificate of Nathan Michael Hillman 2021-02-08.pdf
920890321 OPAT SCORES 2021-01-28.pdf
921348608 DD 93 2021-02-08.pdf
921348619 DD 41-2 2021-02-08.pdf
921348620 DA 3286-B 2021-02-08.pdf
921348638 DD 368 2021-02-08.pdf

921348641 DD 1966 2021-02-08.pdf
921348649 ETD ORDERS 2021-02-08.pdf
921348652 DD 41-2 2021-02-08.pdf
921348834 DD 368 2021-02-08.pdf
921348853 DD 93 2021-02-08.pdf
921348861 DD 1966 2021-02-08.pdf
921348862 DD 41-2 2021-02-08.pdf
921462531 SGLV 8286 2021-02-10.pdf
921462532 DD 2366 2021-02-10.pdf
921462550 DD 93 2021-02-10.pdf
921462568 DD 41-2 2021-02-10.pdf
921464098 DD 93 2021-02-10.pdf
921464108 SGLV 8286 2021-02-10.pdf
921464109 DD 41-2 2021-02-10.pdf
926537139 ASSIGN PERM 2021-05-07.tif
926649805 QUAL-SKILLS 2021-05-10.pdf
926912260 DD 93 2021-07-06.pdf
931614583 PERS REC REV 2021-09-30.pdf
932294931 ASSIGN PERM 2021-06-22.tif
936209699 SGLV 8286 2022-01-12.pdf
938644936 Promotion 2022-01-22.pdf
940635210 DA 1059 2022-04-08.pdf
942739319 SGLV 8286 2022-06-08.pdf
943834139 PERS REC REV 2022-07-12.pdf
943835656 DD 93 2022-07-12.pdf
947266155 DA 1059 2022-09-16.pdf
948752674 Transcripts 2022-01-01.pdf
949251045 ERB 2022-11-23.pdf
950554555 Promotion 2023-01-01.pdf
955371319 ARCOM 2022-12-16.pdf
958852459 DD 261 2023-04-24.pdf
Thumbs.db

**021 OMPF of Shay Albert Wilson**
051842888.html
051842888.xml
WILSON SHAY ALBERT_821862550_SF 1199A_2014-10-16.tif
WILSON SHAY ALBERT_821862551_DD 93_2014-10-16.tif
WILSON SHAY ALBERT_821862557_SGLV 8286_2014-10-16.tif
WILSON SHAY ALBERT_821862558_DD 369_2014-10-03.tif
WILSON SHAY ALBERT_821862559_DA 5435_2014-10-16.tif
WILSON SHAY ALBERT_821862560_INCOME TAX W4_2014-10-16.tif
WILSON SHAY ALBERT_821862561_CERT BIRTH SOLDIER_1994-10-03.tif
WILSON SHAY ALBERT_821862562_DRIVERS LIC_1994-10-03.tif
WILSON SHAY ALBERT_821862563_SSN VER-COR_1994-10-03.tif
WILSON SHAY ALBERT_821862565_HS DIP-GED-HM STDY_2013-02-28.tif
WILSON SHAY ALBERT_821862566_GUARD ANNEX_2014-10-16.tif
WILSON SHAY ALBERT_821862567_DD 1966_2014-10-16.tif
WILSON SHAY ALBERT_821862568_DD 4 PACKET_2014-10-16.tif

WILSON SHAY ALBERT_822748374_PERS REC REV_2014-11-25.pdf
WILSON SHAY ALBERT_822748377_FIN REC REV_2014-11-25.pdf
WILSON SHAY ALBERT_823243725_ORD ATTACH_2014-10-16.tif
WILSON SHAY ALBERT_824515191_DD 93_2014-12-30.tif
WILSON SHAY ALBERT_824580362_MEPCOM 680 ADP_2014-10-16.tif
WILSON SHAY ALBERT_824580363_ETD ORDERS_2014-12-30.tif
WILSON SHAY ALBERT_826959580_DD 93_2015-01-05.tif
WILSON SHAY ALBERT_827903893_SGLV 8286_2015-01-05.tif
WILSON SHAY ALBERT_828955378_DD 214_2015-04-17.tif
WILSON SHAY ALBERT_829054743_ERB_2015-04-20.pdf
WILSON SHAY ALBERT_829128907_DA 87_2015-04-17.tif
WILSON SHAY ALBERT_829128908_QUAL-SKILLS_2015-04-17.tif
WILSON SHAY ALBERT_830246759_AWD-MOS-ASI_2015-03-05.tif
WILSON SHAY ALBERT_830641936_ORD PROMRED_2015-04-22.tif
WILSON SHAY ALBERT_831065866_ORD ATTACH_2015-05-04.tif
WILSON SHAY ALBERT_833202687_ORD AT AGR_2015-07-12.tif
WILSON SHAY ALBERT_843029799_ORD AT AGR_2016-07-26.tif
WILSON SHAY ALBERT_843661376_ORD AT AGR_2016-05-19.tif
WILSON SHAY ALBERT_844422632_ORD AT AGR_2016-07-11.tif
WILSON SHAY ALBERT_845002759_ORD REV_2016-04-26.tif
WILSON SHAY ALBERT_855603928_ORD NGB AMD_2016-09-30.tif
WILSON SHAY ALBERT_855603998_ORD ASSGN_2016-09-29.tif
WILSON SHAY ALBERT_855604000_ORD ASSGN_2016-09-29.tif
WILSON SHAY ALBERT_855968525_TRF RESCOMP_2016-12-28.tif
WILSON SHAY ALBERT_855982234_ORD REV_2016-08-30.tif
WILSON SHAY ALBERT_857159945_NGB 23B_2016-12-28.tif
WILSON SHAY ALBERT_857159946_ORDER SEP_2016-12-28.tif
WILSON SHAY ALBERT_857159947_NGB 56A_2016-12-28.tif
WILSON SHAY ALBERT_857159948_NGB 22_2016-12-28.tif
WILSON SHAY ALBERT_898132535_TRF RESCOMP_2019-06-20.pdf
WILSON SHAY ALBERT_907263583_SGLV 8286_2020-02-09.pdf
WILSON SHAY ALBERT_912275401_SGLV 8286_2020-06-29.pdf
WILSON SHAY ALBERT_914093143_PERS REC REV_2020-08-06.pdf
WILSON SHAY ALBERT_914093989_DD 93_2020-08-06.pdf
WILSON SHAY ALBERT_924882368_PERS REC REV_2021-05-14.pdf
WILSON SHAY ALBERT_924925635_SGLV 8286_2021-05-15.pdf
WILSON SHAY ALBERT_925885916_PERS REC REV_2021-06-11.pdf
WILSON SHAY ALBERT_925919364_DD 93_2021-06-11.pdf
WILSON SHAY ALBERT_925921100_SGLV 8286_2021-06-11.pdf
WILSON SHAY ALBERT_936108154_PROMOTION_2021-06-01.pdf
WILSON SHAY ALBERT_945337446_ORD PROMRED_2022-08-29.pdf
WILSON SHAY ALBERT_945337448_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337449_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337454_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337455_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337456_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337457_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337459_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337460_DD 369_2022-08-29.pdf

WILSON SHAY ALBERT_945337461_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337462_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337464_DD 369_2022-08-29.pdf
WILSON SHAY ALBERT_945337465_SSN VER-COR_2022-08-29.pdf
WILSON SHAY ALBERT_945337467_SF 86 P12_2022-08-29.pdf
WILSON SHAY ALBERT_945337468_NGB 22_2022-08-29.pdf
WILSON SHAY ALBERT_945337469_DD 368_2022-08-29.pdf
WILSON SHAY ALBERT_945337470_SF 86 P10_2022-08-29.pdf
WILSON SHAY ALBERT_945337471_CDCC_2022-08-29.pdf
WILSON SHAY ALBERT_945337472_DD 214_2022-08-29.pdf
WILSON SHAY ALBERT_945337473_SF 86_2022-08-29.pdf
WILSON SHAY ALBERT_945337474_SF 86 P11_2022-08-29.pdf
WILSON SHAY ALBERT_945337480_CERT BIRTH SOLDIER_2022-08-29.pdf
WILSON SHAY ALBERT_945337481_USAREC 978 DY_2022-08-29.pdf
WILSON SHAY ALBERT_945522119_OPAT SCORES_2022-08-23.pdf
WILSON SHAY ALBERT_945613629_OPAT SCORES_2022-08-23.pdf
WILSON SHAY ALBERT_945849530_DD 368_2022-08-29.pdf
WILSON SHAY ALBERT_945849531_DD 41-2_2022-08-29.pdf
WILSON SHAY ALBERT_945849532_DD 93_2022-08-29.pdf
WILSON SHAY ALBERT_945849533_ETD ORDERS_2022-08-29.pdf
WILSON SHAY ALBERT_945849534_DA 3286-B_2022-08-29.pdf
WILSON SHAY ALBERT_945849535_DD 1966_2022-08-29.pdf
WILSON SHAY ALBERT_946404389_PERS REC REV_2022-09-08.pdf
WILSON SHAY ALBERT_946407874_DD 93_2022-09-08.pdf
WILSON SHAY ALBERT_947299428_SGLV 8286_2022-09-28.pdf
WILSON SHAY ALBERT_948376210_ETD ORDERS_2022-08-24.pdf
WILSON SHAY ALBERT_949725546_ERB_2022-12-01.pdf
WILSON SHAY ALBERT_951939524_DA 1506_2022-10-20.pdf
WILSON SHAY ALBERT_954069601_ASSIGN PERM_2022-12-13.pdf
WILSON SHAY ALBERT_954069604_ASSIGN PERM AMND_2022-09-13.pdf
WILSON SHAY ALBERT_963748237_ASSIGN PERM REV_2022-12-13.pdf
WILSON SHAY ALBERT_963748341_ASSIGN PERM_2022-12-13.pdf
WILSON SHAY ALBERT_966415740_PERS REC REV_2024-01-26.pdf

**022 Photos – CDR & 1SG Convo**
1.jpg
2.jpg
PDF of Photos of Convo.pdf
Text Exchange Between 1SG & CDR on 10 Dec 22.pdf

**022 Photos – CDR & 1SG Convo - Photos of Spc. Wilson's Room**
DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG
DSC_0007.JPG
DSC_0008.JPG

DSC_0009.JPG
DSC_0010.JPG
DSC_0011.JPG
DSC_0012.JPG
DSC_0013.JPG
DSC_0014.JPG
DSC_0015.JPG
DSC_0016.JPG
DSC_0017.JPG
DSC_0018.JPG
DSC_0019.JPG
DSC_0020.JPG
DSC_0021.JPG
DSC_0022.JPG
DSC_0023.JPG
DSC_0024.JPG
DSC_0025.JPG
DSC_0026.JPG
DSC_0027.JPG
DSC_0028.JPG
DSC_0029.JPG
DSC_0030.JPG
DSC_0031.JPG
DSC_0032.JPG
DSC_0033.JPG
DSC_0034.JPG
DSC_0035.JPG
DSC_0036.JPG
DSC_0037.JPG
DSC_0038.JPG
DSC_0039.JPG
DSC_0040.JPG
DSC_0041.JPG
DSC_0042.JPG
DSC_0043.JPG
DSC_0044.JPG
DSC_0045.JPG
DSC_0046.JPG
DSC_0047.JPG
DSC_0048.JPG
DSC_0049.JPG
DSC_0050.JPG
DSC_0051.JPG
DSC_0052.JPG
DSC_0053.JPG
DSC_0054.JPG
DSC_0055.JPG
DSC_0056.JPG
DSC_0057.JPG

DSC_0058.JPG
DSC_0059.JPG
DSC_0060.JPG
DSC_0061.JPG
DSC_0062.JPG
DSC_0063.JPG
DSC_0064.JPG
DSC_0065.JPG
DSC_0066.JPG
DSC_0067.JPG
DSC_0068.JPG
DSC_0069.JPG
DSC_0070.JPG
DSC_0071.JPG
DSC_0072.JPG
DSC_0073.JPG
DSC_0074.JPG
DSC_0075.JPG
DSC_0076.JPG
DSC_0077.JPG
DSC_0078.JPG
DSC_0079.JPG
DSC_0080.JPG
DSC_0081.JPG
DSC_0082.JPG
DSC_0083.JPG
DSC_0084.JPG
DSC_0085.JPG
DSC_0086.JPG
DSC_0087.JPG
DSC_0088.JPG
DSC_0089.JPG
DSC_0090.JPG

**022 Photos – CDR & 1SG Convo – Scene Inventory Photos**
DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG
DSC_0007.JPG
DSC_0008.JPG
DSC_0009.JPG
DSC_0010.JPG
DSC_0011.JPG
DSC_0012.JPG
DSC_0013.JPG
DSC_0014.JPG

DSC_0015.JPG
DSC_0016.JPG
DSC_0017.JPG
DSC_0018.JPG
DSC_0019.JPG
DSC_0020.JPG
DSC_0021.JPG
DSC_0022.JPG
DSC_0023.JPG
DSC_0024.JPG
DSC_0025.JPG
DSC_0026.JPG
DSC_0027.JPG
DSC_0028.JPG
DSC_0029.JPG
DSC_0030.JPG
DSC_0031.JPG
DSC_0032.JPG
DSC_0033.JPG
DSC_0034.JPG
DSC_0035.JPG
DSC_0036.JPG
DSC_0037.JPG
DSC_0038.JPG
DSC_0039.JPG
DSC_0040.JPG
DSC_0041.JPG
DSC_0042.JPG
DSC_0043.JPG
DSC_0044.JPG
DSC_0045.JPG
DSC_0046.JPG
DSC_0047.JPG
DSC_0048.JPG
DSC_0049.JPG
DSC_0050.JPG
DSC_0051.JPG
DSC_0052.JPG
DSC_0053.JPG
DSC_0054.JPG
DSC_0055.JPG
DSC_0056.JPG
DSC_0057.JPG
DSC_0058.JPG
DSC_0059.JPG
DSC_0060.JPG
DSC_0061.JPG
DSC_0062.JPG
DSC_0063.JPG

DSC_0064.JPG
DSC_0065.JPG
DSC_0066.JPG
DSC_0067.JPG
DSC_0068.JPG
DSC_0069.JPG
DSC_0070.JPG
DSC_0071.JPG
DSC_0072.JPG
DSC_0073.JPG
DSC_0074.JPG
DSC_0075.JPG
DSC_0076.JPG
DSC_0077.JPG
DSC_0078.JPG
DSC_0079.JPG
DSC_0080.JPG
DSC_0081.JPG
DSC_0082.JPG
DSC_0083.JPG
DSC_0084.JPG
DSC_0085.JPG
DSC_0086.JPG
DSC_0087.JPG
DSC_0088.JPG
DSC_0089.JPG
DSC_0090.JPG
DSC_0091.JPG
DSC_0092.JPG
DSC_0093.JPG
DSC_0094.JPG
DSC_0095.JPG

**022 Photos - Scene Photos**
DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG
DSC_0007.JPG
DSC_0008.JPG
DSC_0009.JPG
DSC_0010.JPG
DSC_0011.JPG
DSC_0012.JPG
DSC_0013.JPG
DSC_0014.JPG
DSC_0015.JPG

DSC_0016.JPG
DSC_0017.JPG
DSC_0018.JPG
DSC_0019.JPG
DSC_0020.JPG
DSC_0021.JPG
DSC_0022.JPG
DSC_0023.JPG
DSC_0024.JPG
DSC_0025.JPG
DSC_0026.JPG
DSC_0027.JPG
DSC_0028.JPG
DSC_0029.JPG
DSC_0030.JPG
DSC_0031.JPG
DSC_0032.JPG
DSC_0033.JPG
DSC_0034.JPG
DSC_0035.JPG
DSC_0036.JPG
DSC_0037.JPG
DSC_0038.JPG
DSC_0039.JPG
DSC_0040.JPG
DSC_0041.JPG
DSC_0042.JPG
DSC_0043.JPG
DSC_0044.JPG
DSC_0045.JPG
DSC_0046.JPG
DSC_0047.JPG
DSC_0048.JPG
DSC_0049.JPG
DSC_0050.JPG
DSC_0051.JPG
DSC_0052.JPG
DSC_0053.JPG
DSC_0054.JPG
DSC_0055.JPG
DSC_0056.JPG
DSC_0057.JPG
DSC_0058.JPG
DSC_0059.JPG
DSC_0060.JPG
DSC_0061.JPG
DSC_0062.JPG
DSC_0063.JPG
DSC_0064.JPG

DSC_0065.JPG
DSC_0066.JPG
DSC_0067.JPG
DSC_0068.JPG
DSC_0069.JPG
DSC_0070.JPG
DSC_0071.JPG
DSC_0072.JPG
DSC_0073.JPG
DSC_0074.JPG
DSC_0075.JPG
DSC_0076.JPG
DSC_0077.JPG
DSC_0078.JPG
DSC_0079.JPG
DSC_0080.JPG
DSC_0081.JPG
DSC_0082.JPG
DSC_0083.JPG
DSC_0084.JPG
DSC_0085.JPG
DSC_0086.JPG
DSC_0087.JPG
DSC_0088.JPG
DSC_0089.JPG
DSC_0090.JPG
DSC_0091.JPG
DSC_0092.JPG
DSC_0093.JPG
DSC_0094.JPG
DSC_0095.JPG
DSC_0096.JPG
DSC_0097.JPG
DSC_0098.JPG
DSC_0099.JPG
DSC_0100.JPG
DSC_0101.JPG
DSC_0102.JPG
DSC_0103.JPG
DSC_0104.JPG
DSC_0105.JPG
DSC_0106.JPG
DSC_0107.JPG
DSC_0108.JPG
DSC_0109.MOV
DSC_0110.JPG
DSC_0111.JPG
DSC_0112.JPG
DSC_0113.JPG

DSC_0114.JPG
DSC_0115.JPG
DSC_0116.JPG
DSC_0117.JPG
DSC_0118.JPG
DSC_0119.JPG
DSC_0120.JPG
DSC_0121.JPG
DSC_0122.JPG
DSC_0123.JPG
DSC_0124.JPG
DSC_0125.JPG
DSC_0126.JPG
DSC_0127.JPG
DSC_0128.JPG
DSC_0129.JPG
DSC_0130.JPG
DSC_0131.JPG
DSC_0132.JPG
DSC_0133.JPG
DSC_0134.JPG
DSC_0135.JPG
DSC_0136.JPG
DSC_0137.JPG
DSC_0138.JPG
DSC_0139.JPG
DSC_0140.JPG
DSC_0141.JPG
DSC_0142.JPG
DSC_0143.JPG
DSC_0144.JPG
DSC_0145.JPG
DSC_0146.JPG
DSC_0147.JPG
DSC_0148.JPG
DSC_0149.JPG
DSC_0150.JPG
DSC_0151.JPG
DSC_0152.JPG
DSC_0153.JPG
DSC_0154.JPG
DSC_0155.JPG
DSC_0156.JPG
DSC_0157.JPG
DSC_0158.JPG
DSC_0159.JPG
DSC_0160.JPG
DSC_0161.JPG
DSC_0162.JPG

DSC_0163.JPG
DSC_0164.JPG
DSC_0165.JPG
DSC_0166.JPG
DSC_0167.JPG
DSC_0168.JPG
DSC_0169.JPG
DSC_0170.JPG
DSC_0171.JPG
DSC_0172.JPG
DSC_0173.JPG
DSC_0174.JPG
DSC_0175.JPG
DSC_0176.JPG
DSC_0177.JPG
DSC_0178.JPG
DSC_0179.JPG
DSC_0180.JPG
DSC_0181.JPG
DSC_0182.JPG
DSC_0183.JPG
DSC_0184.JPG
DSC_0185.JPG
DSC_0186.JPG
DSC_0187.JPG
DSC_0188.JPG
DSC_0189.JPG
DSC_0190.JPG
DSC_0191.JPG
DSC_0192.JPG
DSC_0193.JPG
DSC_0194.JPG
DSC_0195.JPG
DSC_0196.JPG
DSC_0197.JPG
DSC_0198.JPG
DSC_0199.JPG
DSC_0200.JPG
DSC_0201.JPG
DSC_0202.JPG
DSC_0203.JPG
DSC_0204.JPG
DSC_0205.JPG
DSC_0206.JPG
DSC_0207.JPG
DSC_0208.JPG
DSC_0209.JPG
DSC_0210.JPG
DSC_0211.JPG

DSC_0212.JPG
DSC_0213.JPG
DSC_0214.JPG
DSC_0215.JPG
DSC_0216.JPG
DSC_0217.JPG
DSC_0218.JPG
DSC_0219.JPG
DSC_0220.JPG
DSC_0221.JPG
DSC_0222.JPG
DSC_0223.JPG
DSC_0224.JPG
DSC_0225.JPG
DSC_0226.JPG
DSC_0227.JPG
DSC_0228.JPG
DSC_0229.JPG
DSC_0230.JPG
DSC_0231.JPG
DSC_0232.JPG
DSC_0233.JPG
DSC_0234.JPG
DSC_0235.JPG
DSC_0236.JPG

**022 Photos - Scott Reenactment**
DSC_0001.mov
DSC_0002.mov

**022 Photos – Victim's Phone**
DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG
DSC_0007.JPG
DSC_0008.JPG
DSC_0009.JPG
DSC_0010.JPG

**022 Photos - Wilson Body Photos**
DSC_0001.JPG
DSC_0002.JPG
DSC_0003.JPG
DSC_0004.JPG
DSC_0005.JPG
DSC_0006.JPG

DSC_0007.JPG

Text Exchange Between 1SG & CDR on 10 Dec 22.docx

**023 Reports**
    CID ROI FSGA 1st Interim 00624-2022-CID093-024456 (Murder).pdf
    DACID 2nd Interim ROI - 00624-2022-CID093-024456 (Wilson) Murder.pdf
    Toxicology Report.pdf

**024 Reviews**
    Death Review #0624-22-CID093 - Wilson Murder.pdf
    Death Review #0624-22-CID093 - Wilson Murder-STEWW3LD09NB095.pdf

**025 Scanned Documents**
    44's.pdf
    Control Log.pdf
    Lead Sheets.pdf
    Medical.pdf
    Misc 2.pdf
    Misc 3.pdf
    Misc.pdf
    Notes 2.pdf
    Notes.pdf
    Wilson Medical Records.pdf

**026 Scene PD**
    Crime Scene Sketch.pdf
    Room 1012 – Scene PD.pdf
    Room 1017 – Scene PD.pdf

**027 Screen Shots Provided by 1SG Lamont**
    Lamont Call Log.jpeg
    Lamont Notes.jpeg
    Lamont Text 1 of 2.jpg
    Lamont Text 2 of 2.jpg

**028 U.S. Army Criminal Investigation Laboratory - Firearms Report**
    25-ATL-00802_0002_0002_0002_Final_Report_1.pdf
    25-ATL-00802_0002_0002_Final_Report_1.pdf

**029 Unprocessed Files – Phone Extractions – Phone Dump – Attachments**
    0000001_Carved.png
    0000002_Carved.bin
    0000003_Carved.png
    0000004_Carved.bin
    0000005_Carved.png
    0000006_Carved.bin
    0000007_Carved.png
    0000008_Carved.bin

0000009_Carved.png
0000010_Carved.bin
0000011_Carved.png
0000012_Carved.bin
0000013_Carved.png
0000014_Carved.jpg
0000015_Carved.png
163.amr
5005 (1).JPG
5005.JPG
IMG_5141 (1).HEIC
IMG_5141 (2).HEIC
IMG_5141.HEIC
IMG_5141.HEIC.preview.jpg

**029 Unprocessed Files – Phone Extractions – Phone Dump – Chat preview report**
iOS iMessage_SMS_MMS-12_10_2022 3_30_07.000 PM.html
iOS iMessage_SMS_MMS-12_10_2022 3_30_21.000 PM.html
iOS iMessage_SMS_MMS-12_10_2022 3_46_06.000 PM(1).html
iOS iMessage_SMS_MMS-12_10_2022 3_46_06.000 PM.html

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\resources\css**
style.css
style_print.css

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\resources\images**
first.png
last.png
logo.png
next.png
prev.png
printer_white.png

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\resources\js**
jquery.tablesorter.bootstrap.js
jquery.tablesorter.js
jquery.tablesorter.pager.js
jquery-2.1.1.min.js
widget-filter.js
widget-print.js
widget-stickyHeaders.js
widget-storage.js

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\webpages\view_more**
Exif Data.txt

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\webpages\widgets**
Case overview.html
Evidence overview.html

Keyword matches.html

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources\webpages**
iOS iMessage_SMS_MMS.html
iOS Safari Recent Search Terms.html
iOS Voice Mail.html
Photos Media Information.html
Pictures.html
Safari History.html
Uber Cached Locations.html
Videos.html

**029 Unprocessed Files\Phone Extractions\Phone Dump\Resources**
Front.html
Nav.htm

ExportSummary.json
Report.html

**029 Unprocessed Files\Proprietary Players\CCTV Footage**
1_12_M_09302022082533AM.asf
1_12_M_09302022082641AM.asf
1_12_M_09302022082641AM.dav
2_12_M_09302022082606AM.asf
2_12_M_09302022082708AM.asf
2_12_M_09302022082708AM.dav
3_12_M_09302022082641AM.asf
3_12_M_09302022083528AM.asf
3_12_M_09302022083528AM.dav
4_12_M_09302022082708AM.asf
4_12_M_09302022083635AM.asf
4_12_M_09302022083635AM.dav
5_12_M_09302022083528AM.asf
5_12_M_09302022083738AM.asf
5_12_M_09302022083738AM.dav
6_12_M_09302022083635AM.asf
6_12_M_09302022083857AM.asf
6_12_M_09302022083857AM.dav
7_12_M_09302022083738AM.asf
7_12_M_09302022083950AM.dav
8_12_M_09302022083857AM.asf
8_12_M_09302022084025AM.dav
9_12_M_09302022083950AM.asf
9_12_M_09302022084203AM.dav
10_12_M_09302022084025AM.asf
10_12_M_09302022084251AM.dav
11_12_M_09302022084328AM.dav
12_12_M_09302022084524AM.dav
13_12_M_09302022084631AM.dav

14_12_M_09302022084654AM.dav
15_12_M_09302022084729AM.dav
16_12_M_09302022084759AM.dav
17_12_M_09302022085012AM.dav
18_12_M_09302022085215AM.dav
autorun.inf
autorun_1.inf
autorun_2.inf
CABARC.EXE
CABARC_1.EXE
CABARC_2.EXE
eng.ini
eng_1.ini
eng_2.ini
p.exe
p_1.exe
p_2.exe
play.exe
play_1.exe
play_2.exe
resDll.dll
resDll_1.dll
resDll_2.dll
skin.ini
skin_1.ini
skin_2.ini
webrec.cab
webrec_1.cab
webrec_2.cab

**029 Unprocessed Files\Proprietary Players\Interviews\SPC Wilson**
OnyxViewer.exe
Stewart 202212121540-624 22 CID093.pdf

**029 Unprocessed Files\Proprietary Players\UFEDs\1SG N. Wilson\Case ID 0624-22-CID093\CaptureScreenshots 01\Snapshots**
image002.png
image003.png
image004.png
image005.png
image006.png

**029 Unprocessed Files\Proprietary Players\UFEDs\1SG N. Wilson\Case ID 0624-22-CID093\CaptureScreenshots 01**
Evidence.ufd
index.xml
Report.html

**029 Unprocessed Files\Proprietary Players\UFEDs\1SG N. Wilson\Case ID 0624-22-CID093**
    EvidenceCollection.ufdx

**029 Unprocessed Files\Proprietary Players\UFEDs\1SG N. Wilson**
    PDF of UFED extraction photos.pdf