UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) ) ) | **INDICTMENT NO. 4:25-cr-00083-RSB-CLR** |
| vs. | ) ) | **18 U.S.C. § 1111** |
| **SHAY ALBERT WILSON,** | ) ) | **Premeditated Murder** |
| Defendant. | ) ) ) | **18 U.S.C. §§ 3591, 3592 Notice of Special Finding** |

### DEFENDANT'S MOTION FOR APPOINTMENT OF "LEARNED COUNSEL" PURSUANT TO 18 U.S.C. § 3005

COMES NOW DEFENDANT SHAY ALBERT WILSON, by and through his counsel of record, and moves this Honorable Court for an order appointing counsel "learned in the law applicable to capital cases" (hereinafter "learned counsel") pursuant to 18 U.S.C. § 3005.

### BACKGROUND

1.

A grand jury sitting in the Southern District of Georgia indicted Defendant Shay Albert Wilson ("Defendant Wilson") of Premeditated Murder, a violation of 18 U.S.C. § 1111. (Doc.1). Specifically, Defendant Wilson is charged with willfully,

Page 1 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

deliberately, maliciously, and with premeditation and malice aforethought of unlawfully killing Nathan Michael Hillman, on or about December 12, 2022, on the Fort Stewart military installation, located within the special maritime and territorial jurisdiction of the United States. Defendant Wilson was arrested by military law enforcement on December 12, 2022, and has been in continuous custody since that time.[1] He is currently incarcerated at the Liberty County Jail.

2.

As part of the indictment, the Government provided "Notice of Special Findings" pursuant to 18 U.S.C. § 3591, *et seq.* The Special Findings alleged that the Defendant, who was 18 years of age or older at the time of the offense:

(a) Intentionally killed Nathan Michael Hillman (18 U.S.C. § 3591(a)(2)(A));

(b) Intentionally inflicted serious bodily injury that resulted in the death of Nathan Michael Hillman (18 U.S.C. § 3591(a)(2)(B));

(c) Intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Nathan

---

[1] Defendant Wilson has been held at various times at the Naval Brig in Charleston, South Carolina, and Fort Devens, Massachusetts.

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

Michael Hillman died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(C));

(d) Intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Nathan Michael Hillman died as a direct result of such act or acts (18 U.S.C. § 3591(a)(2)(D));

(e) In the commission of the offense, knowingly created a grave risk of death to one or more persons in addition to Nathan Michael Hillman (18 U.S.C. § 3592(c)(5));

(f) Committed the offense after substantial planning and premeditation to cause the death of a person (18 U.S.C. § 3592(c)(9)).

(Doc. 1)

3.

Should the Defendant be convicted at trial of Premediated Murder—and found beyond a reasonable doubt at a hearing under 18 U.S.C. § 3593 to have met any of the special conditions enumerated in Sections 3591 and 3592—the penalty would be a sentence of death. (Doc. 2).

Page 3 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

4.

## MEMORANDUM OF LAW

18 U.S.C. § 3005 states, in pertinent part:

"Whoever is **indicted** for treason or other **capital crime** shall be allowed to make his full defense by counsel; and the court before which the defendant is to be tried, or a judge thereof, **shall promptly**, upon the defendant's request, assign 2 such counsel, of whom **at least 1 shall be learned in the law applicable to capital cases**, and who shall have free access to the accused at all reasonable hours. In assigning counsel under this section, the court shall consider the recommendation of the Federal Public Defender organization, or, if no such organization exists in the district, of the Administrative Office of the United States Courts."

(emphasis added)

Section 3005 allows for prompt appointment of learned counsel and is triggered by indictment of a capital offense and at the defendant's request. "Promptly means promptly after indictment, not only after the Attorney General has made a determination to seek the death penalty." *In re Sterling-Suarez*, 306 F.3d 1170 (1st Cir., 2002).

5.

The historical commentary to the *American Bar Association Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases* (2003) also makes clear that:

Page 4 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

The period between an arrest or detention and the prosecutor's declaration of intent to seek the death penalty is often critically important. … [E]ffective advocacy by defense counsel during this period may persuade the prosecution not to seek the death penalty. Thus, it is imperative that counsel begin investigating mitigating evidence and assembling the defense team as early as possible-- **well before the prosecution has actually determined that the death penalty will be sought.**

(emphasis added)

6.

The importance of appointing counsel qualified in capital litigation at the earliest stages of a proceeding is critical because of the Attorney General's adoption of specific procedures to guide the process of deciding whether to seek imposition of the death sentence. *See* Justice Manual § 9-10.000, *et seq*. Those procedures permit the presentation of mitigating evidence by defense counsel for consideration by the U.S. Attorney, and thereafter by the Attorney General, as an integral part of the government's decision-making process. *Id*., § 9-10.050 and § 9-10.080. Thus, prompt investigation and effective representation at the early stages of a potential capital case can be critical to the interests of Defendant Wilson. See generally, In re Sterling Suarez, supra, and *American Bar Association Guidelines for the Appointment and Performance of Defense Counsel in Death Penalty Cases* (2003), supra. See also, *Guide to Judiciary Policy, Vol 7 Defender Services, Part A*

Page 5 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

*Guidelines for Administering the CJA and Related Statutes, Chapter 6: Federal Death Penalty and Capital Habeas Corpus Representations* ("As required by 18 U.S.C. § 3005 … **at the outset of every capital case**, courts should appoint two attorneys, at least one of whom is experienced in and knowledgeable about the defense of death penalty cases.") (emphasis added).

7.

Defendant Wilson has been appointed counsel under the Criminal Justice Act ("CJA") (Doc. 20) and qualifies financially for appointed learned counsel. Pursuant to 18 U.S.C. § 3005, Defendant Wilson respectfully requests the prompt appointment of learned counsel to assist in his defense.

WHEREFORE, the Defendant respectfully requests that this Honorable Court appoint "learned counsel" pursuant 18 U.S.C. § 3005.

Respectfully submitted, this 31st day of July, 2025.

> Respectfully submitted,
>
> BALBO & GREGG
> ATTORNEYS AT LAW, P.C.
>
> /s A. J. Balbo
> A. J. Balbo, Esq.
> Georgia Bar No. 142606

Page 6 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
(912) 876-6666 – Telephone
aj@balbogregg.com

Page 7 of 8

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted, this <u>31st</u> day of <u>July</u>, <u>2025</u>.

Respectfully submitted,

BALBO & GREGG
ATTORNEYS AT LAW, P.C.


<i>/s A. J. Balbo</i>
A. J. Balbo, Esq.
Georgia Bar No. 142606

438 W. General Screven Way, Ste. A
Hinesville, Georgia  31313
(912) 876-6666 – Telephone
aj@balbogregg.com

United States v. Wilson
Southern District of Georgia, 4:25-cr-00083-RSB-CLR
Defendant Wilson's Motion for Appointment of Learned Counsel