# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CASE NO. 4:25-CR-83 |
| v. | ) | |
| | ) | |
| SHAY ALBERT WILSON | ) | |

## THE UNITED STATES' RESPONSE TO DEFENDANT'S MOTION FOR APPOINTMENT OF "LEARNED COUNSEL" PURSUANT TO 18 U.S.C. § 3005

The United States has no objection to Defendant's Motion for Appointment of "Learned Counsel" Pursuant to 18 U.S.C. § 3005. Doc. 12. Defendant is charged with a capital eligible offense, doc. 2, and the United Sates has not yet filed any notice of its intention to seek or not see the death penalty. As such, the United States agrees that at this time, Defendant is entitled to learned counsel pursuant to 18 U.S.C. § 3005.

Respectfully submitted,

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*Tania D. Groover*
Assistant United States Attorney
GA Bar Number 127947

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: tania.groover@usdoj.gov