**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

**CLERK'S MINUTES**

| | |
|---|---|
| **CASE NO.:** 4:25cr83 | **DATE:** August 6, 2025 |
| **UNITED STATES OF AMERICA** | **TIME:** 2:07 - 2:33 |
| v. | **LOCATION:** Savannah |
| **SHAY ALBERT WILSON** | |

| | |
|---|---|
| **Judge:** Christopher L. Ray, US Magistrate Judge | **Courtroom Deputy:** Molly Davenport |
| **Court Reporter:** FTR SAV-CR2 | **Interpreter:** |
| **Probation Officer:** Heather Holland | **Security:** CSO Brian/USMS Chris |
| **Attorney(s) for Government:** Tania Groover | |
| **Attorney(s) for Defendant:** A.J. Balbo | |

**PROCEEDINGS:     INITIAL APPEARANCE/ARRAIGNMENT**

- ✓ Defendant advised of rights and the government's disclosure obligations
- ✓ Defendant advised of charges and penalties
- ✓ Defendant qualifies for court appointed counsel
- ✓ Not guilty plea entered
- ✓ Scheduling and Discovery Order was discussed and will be filed as a separate entry with specific dates.
- ✓ Government moves for detention:
  - ✓ Defendant waives detention hearing at this time and reserves the right to request a detention hearing at a later date if there is a change in circumstances
  - ☐ Detention hearing scheduled for:
  - ☐ Detention hearing held
- ☐ Defendant released on an unsecured Appearance Bond in the amount of _____
- ☐ Defendant released on an Appearance Bond in the amount of _____, secured by _____
- ☐ Defendant released with supervision
- ☐ Defendant detained pending a detention hearing
- ✓ Defendant detained pending trial
- ✓ Defendant remanded to the custody of the US Marshal Service

**ADDITIONAL COMMENTS:**

Counsel for the defendant advised the Court that his client understood the charges against him and that he understood todays proceedings. Counsel for the government advised the Court that the defendant has gone back and forth between competency and incompetency for over a year.