# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: 4:25cr83

SHAY ALBERT WILSON,

    Defendant.

## ORDER OF DETENTION

The Court held an Initial Appearance and Arraignment in this case on August 6, 2025. At that hearing, the United States moved for detention pursuant to 18 U.S.C. § 3142(f)(1). The Defendant elected to waive his right to a detention hearing and, instead, consented to pre-trial detention.

The Defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant is to be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility is to deliver Defendant to the United States Marshal for the purpose of any appearance in connection with a court proceeding.

So ORDERED this 6th day of August, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA